UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   GREGORY T PORTER

Debtor(s)

Case No. 07-21659

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/17/2007.

2) The plan was confirmed on 02/13/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 05/28/2013.

6) Number of months from filing to last payment: 66.

7) Number of months case was pending: 69.

8) Total value of assets abandoned by court order: $0.00.

9) Total value of assets exempted: $25,700.00.

10) Amount of unsecured claims discharged without payment: $42,981.85.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $136,144.55 |
| Less amount refunded to debtor | $2,113.98 |

**NET RECEIPTS:** **$134,030.57**

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,396.15 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $6,573.28 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$9,969.43**

Attorney fees paid and disclosed by debtor:   $103.85

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALL CREDIT LENDERS | Unsecured | 844.00 | 844.00 | 844.00 | 0.00 | 0.00 |
| ALLIED ANESTHESIA | Unsecured | 229.50 | NA | NA | 0.00 | 0.00 |
| AMERICAN BONDED ATTORNEY | Unsecured | 653.86 | NA | NA | 0.00 | 0.00 |
| AMERICAS SERVICING CO | Secured | 11,187.00 | 8,760.80 | 8,760.80 | 8,760.80 | 0.00 |
| AMERICAS SERVICING CO | Secured | NA | 86,017.84 | 86,017.84 | 86,017.84 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 578.68 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 2,539.03 | NA | NA | 0.00 | 0.00 |
| ASC MORTGAGE | Unsecured | 5,245.53 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 16,198.10 | 16,198.10 | 16,198.10 | 16,198.10 | 4,349.48 |
| CITY OF JOLIET | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 218.54 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 508.47 | NA | NA | 0.00 | 0.00 |
| COMMUNITY ORTHOPEDICS | Unsecured | 26.80 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 412.43 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 2,783.90 | 3,554.54 | 3,554.54 | 0.00 | 0.00 |
| DIRECT TV | Unsecured | 157.52 | NA | NA | 0.00 | 0.00 |
| ECKHOFF & MASSARELLI | Unsecured | 1,027.00 | NA | NA | 0.00 | 0.00 |
| ECONOMY INTERIORS INC | Secured | 455.00 | 455.00 | 455.00 | 455.00 | 0.00 |
| FISCHER MANGOLD | Unsecured | 60.30 | NA | NA | 0.00 | 0.00 |
| HARRIS BANK | Unsecured | 608.61 | NA | NA | 0.00 | 0.00 |
| HEALTH SEVICES SYSTEMS INC | Unsecured | 1,513.82 | NA | NA | 0.00 | 0.00 |
| HEARTLAND CARDIOVASCULAR CT | Unsecured | 173.10 | NA | NA | 0.00 | 0.00 |
| HINSDALE ORTHOPAEDIC ASSOC | Unsecured | 472.10 | NA | NA | 0.00 | 0.00 |
| HOEVEL & ASSOC | Unsecured | 3,928.85 | 3,928.85 | 3,928.85 | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 778.77 | 778.22 | 778.22 | 778.22 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | Unsecured | NA | 36.79 | 36.79 | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES | Unsecured | 779.63 | NA | NA | 0.00 | 0.00 |
| LIVERMORE BILLING CTR | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 32.70 | NA | NA | 0.00 | 0.00 |
| MIDAMERICAN PSYCHOLOGICAL | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 918.03 | NA | NA | 0.00 | 0.00 |
| OPTIMA MEDICAL ASSOCIATES | Unsecured | 2,326.80 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 1,074.00 | NA | NA | 0.00 | 0.00 |
| PRAIRIE EMERGENCY SERVICE | Unsecured | 42.92 | NA | NA | 0.00 | 0.00 |
| PRIMARY CARE JOLIET | Unsecured | 163.00 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH MEDICAL CTR | Unsecured | 1,159.93 | NA | NA | 0.00 | 0.00 |
| RUHAN S OZGEN MD | Unsecured | 844.00 | NA | NA | 0.00 | 0.00 |
| RUSH CARD | Unsecured | 1,343.21 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 329.19 | 229.19 | 229.19 | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 131.80 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 3,651.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE USA | Unsecured | 194.76 | 194.76 | 194.76 | 0.00 | 0.00 |
| T MOBILE USA | Unsecured | 394.76 | NA | NA | 0.00 | 0.00 |
| VATIV RECOVERY SOLUTIONS LLC | Unsecured | 571.11 | 252.35 | 252.35 | 0.00 | 0.00 |
| WELLS FARGO DEALERS SERVICES | Secured | 6,071.66 | 5,724.15 | 5,724.15 | 5,724.15 | 1,777.55 |
| WELLS FARGO FINANCIAL BANK | Unsecured | 5,936.30 | NA | NA | 0.00 | 0.00 |
| WILL COUNTY TREASURER | Secured | NA | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $86,017.84 | $86,017.84 | $0.00 |
| Mortgage Arrearage | $8,760.80 | $8,760.80 | $0.00 |
| Debt Secured by Vehicle | $21,922.25 | $21,922.25 | $6,127.03 |
| All Other Secured | $455.00 | $455.00 | $0.00 |
| **TOTAL SECURED:** | **$117,155.89** | **$117,155.89** | **$6,127.03** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $778.22 | $778.22 | $0.00 |
| **TOTAL PRIORITY:** | **$778.22** | **$778.22** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$9,040.48** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $9,969.43 |
| Disbursements to Creditors | $124,061.14 |
| **TOTAL DISBURSEMENTS** : | **$134,030.57** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/22/2013        By: /s/ Glenn Stearns
                                                  Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.